TIFFANY SOLARI, ESQ. (NBN 16003)
**SPENCER FANE LLP**
300 South 4th Street, Suite 1600
Las Vegas, Nevada 89101
Tel.: (702) 408-3400 / Fax: (702) 408-3401
Email: tsolari@spencerfane.com

*Attorneys for American Bankers Insurance Company of Florida*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Kristen Garcia, an individual,<br><br>   Plaintiff,<br><br> vs.<br><br>American Bankers Insurance Company of Florida, a foreign corporation,<br><br>   Defendant. | Case No.: 2:25-cv-01709-CDS-MDC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT** (First Request) |

## STIPULATION

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record, that the deadline for American Bankers Insurance Company of Florida (the "***Defendant***") to respond to Plaintiff's Second Amended Complaint will be extended as follows:

1. This is the first requested extension of the Defendant's deadline to respond to Plaintiff's Second Amended Complaint.

2. Defendant's response to the Second Amended Complaint is currently due on September 17, 2025.

3. Plaintiff and Defendant hereby stipulate to extend the deadline for Defendant to the Second Amended Complaint to September 23, 2025.

4. The stipulated extension is supported by good cause. Good cause exists to extend the deadline to answer because the undersigned counsel for Defendant is concurrently managing multiple deadlines, depositions, and hearings in separate cases, creating an unavoidable scheduling conflict. This modest extension will afford Defendant sufficient time to investigate Plaintiff's

amended causes of action and formulate a response to Plaintiff's amended allegations and the bases therefor.

5. No party will be prejudiced by the stipulated extension, nor will the stipulated extension cause undue delay.

6. The stipulated extension is not brought for any improper purpose.

**IT IS SO STIPULATED.**

Dated: September 17th, 2025.

| KEATING LAW GROUP | SPENCER FANE LLP |
|---|---|
| */s/ John T. Keating* | */s/ Tiffany Solari* |
| John T. Keating, Esq. | Tiffany Solari, Esq. |
| Nevada Bar No. 6373 | Nevada Bar No. 16003 |
| 9130 W. Russell Road, Suite 200 | 300 South Fourth Street, Suite 1600 |
| Las Vegas, Nevada 89148 | Las Vegas, Nevada 89101 |
| *Attorneys for Kristen Garcia* | *Attorneys for American Bankers Insurance Company of Florida* |

**ORDER**

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED: September 18, 2025

DE 10390406.1