1 | TIFFANY SOLARI, ESQ. (NBN 16003)
**SPENCER FANE LLP**
2 | 300 South 4th Street, Suite 1600
Las Vegas, Nevada 89101
3 | Tel.: (702) 408-3400 / Fax: (702) 408-3401
Email: tsolari@spencerfane.com

*Attorneys for American Bankers Insurance Company of Florida*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| Kristen Garcia, an individual, | Case No. 2:25-cv-01709-CDS-MDC |
|---|---|
| Plaintiff | **STIPULATION AND ORDER TO DISMISS CASE WITHOUT PREJUDICE AND PROCEED WITH ARBITRATION** |
| v. | |
| American Bankers Insurance Company of Florida, a foreign corporation, | |
| Defendant | |

Whereas the applicable insurance policy contains a binding arbitration provision which the parties seek to enforce, IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record, as follows:

1. The parties agree to dismiss the above-entitled action without prejudice to resolve Plaintiff's claims in arbitration (the "***Arbitration***"), the results of which are final and binding on all parties in this action;

2. The parties agree the Arbitration will be conducted through Private Trials and agree to arbitrate before Howard Russell;

3. The parties agree the Arbitration will be governed by the provisions of NRS 38, however, should any provisions of NRS 38 conflict with the specific terms contained herein, the terms contained herein will govern;

4. The parties agree to split the cost of the Arbitration equally;

5. The parties agree to limit the amount of written discovery in the Arbitration to ten (10) requests for production of documents, ten (10) requests for admissions, and ten (10) requests for interrogatories;

6. The parties agree that each party will be allowed a maximum of three depositions;

7. The parties agree that Defendant will be entitled to take the deposition of Plaintiff, Kristen Garcia;

8. The parties agree that in the Arbitration, neither party shall be entitled to move for attorneys' fees and costs or to enforce any penalty provisions arising out of rule or statute that would result in an award of attorneys' fees or costs against either party;

9. Plaintiff agrees to not seek punitive damages in the Arbitration and agrees that such claim is hereby dismissed from the Action *with prejudice*;

10. The parties agree to consider in good faith the possibility of participating in a half-day mediation prior to the final arbitration.

**IT IS SO STIPULATED.**

Dated: November 5, 2025.

| | |
|---|---|
| **KEATING LAW GROUP** | **SPENCER FANE LLP** |
| /s/ *John T. Keating* | /s/ *Tiffany Solari* |
| John T. Keating, Esq.<br>Nevada Bar No. 6373<br>9130 W. Russell Road, Suite 200<br>Las Vegas, Nevada 89148<br>*Attorneys for Kristen Garcia* | Tiffany Solari, Esq.<br>Nevada Bar No. 16003<br>300 South Fourth Street, Suite 1600<br>Las Vegas, Nevada 89101<br>*Attorneys for American Bankers Insurance Company of Florida* |

Based on the parties' stipulation, this case is dismissed without prejudice to resolve plaintiff's claims in arbitration. The Clerk of Court is kindly directed to close this case.

_____
Cristina D. Silva
United States District Judge
Dated: November 17, 2025

2

DE 10494197.1